# EXHIBIT A

FP I 247

MINUTES OF MEETING
OF BOARD OF DIRECTORS
OF
FONT PLAZA INCORPORATED

A meeting of the Board of Directors of Font Plaza Incorporated (the "Corporation") was held at 1:30 p.m. on January 6, 2014. There were present Tai I. Fauci and Melvin Gagerman, being all the Directors of the Corporation. No Directors were absent. Also present was Tamara M. Kurtzman of The Law Offices of Tamara M. Kurtzman, P.C., the Corporation's counsel.

Valid Notice of the meeting of the Board of Directors of the Corporation was given or duly waived by each of the presently qualified and acting Directors in accordance with the Bylaws.

Business Conducted:

A.  Introduction. The meeting was called to order by Mr. Gagerman at 1:30 p.m. P.T. Mr. Gagerman acted as Chairman of the meeting and Ms. Fauci acted as Secretary.

B.  Adamson. Mr. Gagerman first turned the meeting to a discussion of possible claims by the Corporation against Robert Adamson. Mr. Gagerman proposed that the Board of Directors go into Executive Session in order to discuss privileged matters with counsel. The majority of the Corporation's Board of Directors then voted to convene an Executive Session. Approximately twenty-five minutes after commencing the Executive Session, the Board, having taken no action during this time, Mr. Gagerman proposed that the members adjourn the Executive Session and resume the General Session. The majority of the Corporation's Board of Directors then voted to adjourn the Executive Session and resume the General Session. Mr. Gagerman explained that he felt that it would be in the best interest of the Corporation to engage the Corporation's counsel, Ms. Kurtzman to prepare for the Board's consideration and approval a complaint against Mr. Adamson on behalf of the Corporation. Ms, Kurtzman then disengaged from the telephone call so that the Board could discuss the matter of Ms. Kurtzman's retention as litigation counsel. Mr. Gagerman explained that he had received an engagement letter from counsel relating to representation of the Corporation against Mr. Adamson and that he felt that it would be in the best interest of the Corporation to engage counsel on the terms set forth in Ms. Kurtzman's engagement letter. Following further discussion, on motion duly made, seconded, and carried, the Directors unanimously voted to retain the Law Offices of Tamara M. Kurtzman, P.C. as litigation counsel upon the terms set forth in the January 5, 2014 Engagement Letter to Mr. Gagerman to the Corporation with respect to claims against Adamson.

**WHEREAS**, following discussion of the members of the Board of Directors, such members have determined unanimously it to be in the best interests of the Corporation to engage the Law Offices of Tamara M. Kurtzman, P.C. as counsel to the Corporation to prepare a complaint against Mr. Adamson for the Board's consideration and approval.

**RESOLVED**, unanimously by the Directors, that the Law Offices of Tamara M. Kurtzman, P.C. is engaged upon the terms of the engagement letter dated January 5, 2014 and is instructed to for the Board's consideration and approval a complaint against Mr. Adamson on behalf of the Corporation.

**RESOLVED FURTHER**, unanimously by the Directors, that the Chairman along with counsel and the other members of the Board of Directors of the Corporation be, and each hereby is, jointly and severally, authorized and directed, on behalf and in the name of the Corporation, to take all actions, and to do or cause to be done any and all other acts, leading to the preparation and delivery of any and all draft papers, agreements, documents, instruments and certificates, as such members may deem necessary or appropriate to carry out the purposes and intent of the foregoing resolution.

C.   Board Vacancy. Mr. Gagerman next turned discussion to the vacancy in the Board created upon the resignation of Robert Adamson. The Board discussed possible candidates and agreed to assemble a list of appropriate possible candidates for consideration at the next meeting of the Board.

D.   General Authority

**RESOLVED**, that each of the officers of the Corporation is hereby authorized, directed and empowered to execute any and all documents, agreements and other papers and to take such other action as such officer deems necessary or advisable in order to carry out and perform the purposes and intent of these resolutions.

E.   Adjournment of Meeting. There being no further business to come before the meeting, the meeting was adjourned at 2:10 p.m. PT without setting a date for the next meeting.

Record of certificates issued

| Certificates Issued | | Issued To | Date Issued | State | Shares Transferred From | |
| --- | --- | --- | --- | --- | --- | --- |
| No. | Shares | | | | Name | Cert. No. |
| 1 | 150,000.00 | Melvin Gagerman | 1/2/14 | CA | | |
| 2 | 150,000.00 | Tai Fauci | 1/2/14 | CA | | |
| 3 | 60,000.00 | Harry Kurtzman | 1/29/14 | GA | | |
| 4 | 150,000.00 | Nic Baisley | 2/3/14 | CA | | |

FP000249

FP1249